**07 C 6724**

# Merchants' Credit Guide Co.
## AUTO MILEAGE EXPENSES

| | | | |
|---|---|---|---|
| **PURPOSE:** | Traveling (Out in the field work) | **Pay period** | Jan 16-20, 2006 |
| **EMPLOYEE INFORMATION:** | | | |
| Name | Antoinette (Toni) Zietlow | Position | DPS/MCG Rep. |
| Department | Sales | Manager | Jim M/Dan B |

| Date | Business Purpose | Start Location | End Location | Odometer Start | Odometer End | Mileage |
|---|---|---|---|---|---|---|
| 01/16/06 | Travel of clients/and prospect | wooddale | roselle | 35,664.90 | 35,790.80 | 125.90 |
| 01/17/06 | " | bloomingdale | lisle | 35,794.30 | 35,867.70 | 73.40 |
| 01/18/06 | " | addison | lombard | 35,888.60 | 35,928.40 | 39.80 |
| 01/19/06 | " | addison | carol Stream | 35,933.90 | 36,025.40 | 91.50 |
| 01/20/06 | " | lombard | bloomingdale | 36,037.70 | 36,096.30 | 58.60 |
| | | | | | | 0.00 |
| | | | | | | ... |
| **Total** | | | | | | **389.20** |

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

Signed *Toni Zietlow*
Approved

NOTES:

ATTN
DAVE McLuing

EXHIBIT B
Blumberg No. 5208