**07 C 6724**

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| **To:** Antoinette Zietlow<br>207 Regency Drive, Apt. 554<br>Bloomingdale, IL 60108<br><br>**Certified Mail No:** 7001 0320 0006 1099 8598 | **From:** Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2006-09104 | Grace Swierczek, Investigator | (312) 353-7323 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*/s/ John P. Rowe*     8/31/07
John P. Rowe, District Director     (Date Mailed)

Enclosure(s)

cc: **Delinquency Prevention Services, Inc.**
   **& Merchant's Credit Guide Company**

EXHIBIT C

Rcv'd 9/5/07

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER
☐ FEPA
☒ EEOC  440-2006-09104

Illinois Department of Human Rights
(State or local Agency, if any) ___ and EEOC

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| MRS. ANTOINETTE ZIETLOW | 630) 924-1703 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 207 Regency Drive, Apt. 554, | Bloomingdale, IL 60108 | DuPage |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Delinquency Prevention Services, Inc. & Merchant's Credit Guide Co. | Approx. 100 | (312) 360-3000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 223 W. Jackson Blvd., 9th Floor, | Chicago, Illinois 60606 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ AGE   ☐ RETALIATION   ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)
February 23, 2006

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

(SEE EXHIBIT "A" ATTACHED)

RECEIVED EEOC
AUG 2 2 2006
CHICAGO DISTRICT OFFICE

☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
X _Antoinette Zietlow_

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month and year)  RUSSELL J HEITZ  COMMISSION EXPIRES 12/31/07

Date ___ Charging Party (Signature) ___ August 22, 2006

EEOC FORM 5 MAR 84   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

FILE COPY

# EXHIBIT A

## TO THE CHARGE OF DISCRIMINATION

## ANTOINETTE ZIETLOW v. MERCHANT'S CREDIT GUIDE CO.

Ms. Antoinette Zietlow (hereinafter "Toni") was a sales consultant with both Delinquency Prevention Services, Inc. and Merchant's Credit Guide Co. (hereinafter collectively referred to as "Merchants"). Toni always received positive job performance feedback from Mr. Daniel Burtis and very good performance reviews from Mr. Jim Muschler.

However, in November, 2005 Toni was informed that she would be reporting to the new Operations Manger, Mr. Dave McLurg. On or about January 17th, 2006 it became well known within Merchant's that Toni was newly pregnant. On February 23rd, 2006, Mr. Burtis notified Toni that she was fired ostensibly because all sales positions were being eliminated. Mr. Burtis found it important to specifically state to Toni that her pregnancy had nothing to do with the decision to fire Toni. Toni was terribly upset and being pregnant and knowing how difficult it would be to find a job, coupled with the fears of financial difficulties, Toni pleaded with Mr. Burtis that if there was any inside job that Toni could do she would be happy to do that job. Mr. Burtis responded that there were no open positions and that he was sorry.

Toni is of the belief that Mr. McLurg was one of the decision makers as to whether Toni should be fired. Subsequent to her firing, Toni has learned that all sales positions have not been eliminated. Merchants hired a non-pregnant female into a secretarial position that Toni was qualified for and paid that non-pregnant female at a pay rate almost two (2) times that which was paid to Toni. Furthermore, according to Mr. Muschler, Toni's former supervisor, Toni was let go because Mr. McLurg felt Toni was "not a good fit for the company".

There are other factors supporting Toni's claims. Toni was not paid at the same rate as the men in the other sales positions. Unlike the men in the other sales positions, Mr. McLurg limited Toni's travel, made Toni fully document her activities and otherwise treated Toni differently than the men. The actions above are violations of Title VII of the Civil Rights Act of 1964.

By: *Antoinette Zietlow*
Antoinette Zietlow

"OFFICIAL SEAL"
RUSSELL J HEITZ
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 12/31/07

August 22, 2006

| AM. AMENDED **CHARGE OF DISCRIMINATION** | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☐ FEPA<br>☒ EEOC 440-2006-09104 |

Illinois Department of Human Rights _____ and EEOC
*(State or local Agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| MRS. ANTOINETTE ZIETLOW | 630) 924-1703 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 207 Regency Drive, Apt. 554, Bloomingdale, IL 60108 | | DuPage |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME Delinquency Prevention Services, Inc. & Merchant's Credit Guide Co. | NO. OF EMPLOYEES/MEMBERS Approx. 100 | TELEPHONE NUMBER (Include Area Code) (312) 360-3000 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 223 W. Jackson Blvd., 9th Floor, Chicago, Illinois 60606 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ AGE   ☒ RETALIATION   ☐ OTHER (Specify) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)<br>February 23, 2006 |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

(See Amended Exhibit "A" Attached).

☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
X *[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month and year) RUSSELL J HEITZ
"OFFICIAL SEAL" NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 12/31/07

Date _____ Charging Party (Signature)   August 22, 2006

EOC FORM 5 MAR 84   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

## EXHIBIT A

## TO THE CHARGE OF DISCRIMINATION

## ANTOINETTE ZIETLOW v. MERCHANT'S CREDIT GUIDE CO.

Ms. Antoinette Zietlow (hereinafter "Toni") was a sales consultant with both Delinquency Prevention Services, Inc. and Merchant's Credit Guide Co. (hereinafter collectively referred to as "Merchants"). Toni always received positive job performance feedback from Mr. Daniel Burtis and very good performance reviews from Mr. Jim Muschler.

However, in November, 2005 Toni was informed that she would be reporting to the new Operations Manger, Mr. Dave McLurg. On or about January 17th, 2006 it became well known within Merchant's that Toni was newly pregnant. On February 23rd, 2006, Mr. Burtis notified Toni that she was fired ostensibly because all sales positions were being eliminated. Mr. Burtis found it important to specifically state to Toni that her pregnancy had nothing to do with the decision to fire Toni. Toni was terribly upset and being pregnant and knowing how difficult it would be to find a job, coupled with the fears of financial difficulties, Toni pleaded with Mr. Burtis that if there was any inside job that Toni could do she would be happy to do that job. Mr. Burtis responded that there were no open positions and that he was sorry.

Toni is of the belief that Mr. McLurg was one of the decision makers as to whether Toni should be fired. Subsequent to her firing, Toni has learned that all sales positions have not been eliminated. Merchants hired a non-pregnant female into a secretarial position that Toni was qualified for and paid that non-pregnant female at a pay rate almost two (2) times that which was paid to Toni. Furthermore, according to Mr. Muschler, Toni's former supervisor, Toni was let go because Mr. McLurg felt Toni was "not a good fit for the company".

There are other factors supporting Toni's claims. Toni was not paid at the same rate as the men in the other sales positions. Unlike the men in the other sales positions, Mr. McLurg limited Toni's travel, made Toni fully document her activities and otherwise treated Toni differently than the men. The actions above are violations of Title VII of the Civil Rights Act of 1964.

By: *Antoinette Zietlow*
Antoinette Zietlow

"OFFICIAL SEAL"
RUSSELL J HEITZ
COMMISSION EXPIRES 12/31/07

August 22, 2006

2

## AMENDED EXHIBIT A

## TO THE CHARGE OF DISCRIMINATION

## ANTOINETTE ZIETLOW v. MERCHANT'S CREDIT GUIDE CO.

While Toni was employed as a sales consultant, there were two other sales consultants employed by both Delinquency Prevention Services, Inc. and Merchant's Credit Guide Company who were males by the name of Jerry Listner and Howard Schneider. While Toni, Mr. Listner, and Ms. Schneider were employed in the same position and were otherwise comparable to each other, Mr. Listner and Mr. Schneider were paid higher salaries.

Furthermore, in October, 2005, Toni questioned why she was paid less than both Mr. Listner and Mr. Schneider especially since Mr. Schneider was hired after Toni. Mr. Jim Muschler replied that Mr. Listner was with the company for seven years. Thereafter, Mr. Muschler indicated to Toni that Mr. Schneider was the man of the house and he needed to make more money to support his family.

The above referenced actions are violations of Title VII of the Civil Rights Act of 1964, as it has been amended by the Equal Pay Act and reflects retaliation by Merchants.

Antoinette Zietlow

By: _____ 12/13/06
One of her attorneys

3