**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6724

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MS. ANTIONNETTE ZIETLOW,
    Plaintiff,
vs.
MERCHANTS' CREDIT GUIDE CO., an Illinois corporation and
DELINQUENCY PREVENTION SERVICES, INC., an Illinois corporation

Case Number:

JUDGE MANNING
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Plaintiff, MS. ANTIONNETTE ZIETLOW

| | |
|---|---|
| NAME (Type or print)<br>Russell J. Heitz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Russell J. Heitz | |
| FIRM<br>HEITZ & BROMBEREK | |
| STREET ADDRESS<br>300 East 5th Avenue, Suite 380 | |
| CITY/STATE/ZIP<br>Naperville, Illinois 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06201289 | TELEPHONE NUMBER<br>(630) 355-1458, X14<br>(630) 355-4390 - Fax |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL [ ]  APPOINTED COUNSEL [ ] | |