IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTIONNETTE ZIETLOW,               ) <br> ) <br> Plaintiff,     ) <br> ) <br> vs.                                              ) <br> ) <br> ) <br> MERCHANTS' CREDIT GUIDE CO.,    ) <br> an Illinois corporation, and                 ) <br> DELINQUENCY PREVENTION SERVICES, ) <br> INC., an Illinois corporation.               ) <br> ) <br> ) <br> Defendants.  ) | Case No. 07 C 6724 <br><br> Judge Manning <br><br> Magistrate Judge Denlow |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING**

Defendants, Merchants Credit Guide Co. and Delinquency Prevention Services, by and through their attorneys, Andrew B. Cripe and Scott M. Gilbert of Hinshaw & Culbertson LLP, for their Motion for an Extension of Time to File a Responsive Pleading, state as follows:

1. Plaintiff filed a six-count complaint against the Defendants, alleging discrimination and retaliation under Title VII of the Civil Rights Act of 1964, on November 29, 2007. (Dkt. 1).

2. Plaintiff issued a waiver of service on November 30, 2007, pursuant to Federal Rule of Civil Procedure 4(d), which Defendants' executed on December 21, 2007.

3. Appearances were timely filed on behalf of both Defendants on January 29, 2007.

4. The lead attorney on this matter has been engaged in preparation for a trial taking place in Columbus, Ohio. That trial is scheduled to begin on Monday, February 4, 2008, and Defendants' counsel has been limited in its ability to evaluate the merits of the Complaint and

prepare a responsive pleading. Consequently, Defendants have thereby been prevented from filing a responsive pleading by January 29, 2008.

5.      Defendants request that they be allowed until February 12, 2008 to file a pleading in response to the Plaintiff's Complaint.

6.      The purpose of this motion is not to delay, and granting the relief sought herein will not prejudice the parties or these proceedings in any way. To that end, Defendants' believe that the initial status date of February 7, 2008 at 11:00 a.m. can stand.

WHEREFORE, Defendants, Merchants Credit Guide Co. and Delinquency Prevention Services, respectfully request that this Honorable Court grant them each until February 12, 2008 to file a responsive pleading to the Plaintiff's Complaint.

                                        Merchants' Credit Guide Co.

                                By:     /s/ Scott M. Gilbert
                                        One of the Attorneys for Defendant

Andrew B. Cripe
Scott M. Gilbert
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Firm I.D. No. 90384

6277287v1 798551