IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTIONNETTE ZIETLOW,<br><br>               Plaintiff,<br><br>vs.<br><br>MERCHANTS' CREDIT GUIDE CO.,<br>an Illinois corporation, and<br>DELINQUENCY PREVENTION SERVICES,<br>INC., an Illinois corporation.<br><br>               Defendants. | )<br>)<br>)<br>)  Case No. 07 C 6724<br>)<br>)<br>)<br>)  Judge Manning<br>)<br>)  Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

TO:   Russell J. Heitz, Esq.
        Heitz & Bromberek
        300 E. 5th Ave., Suite 380
        Naperville, IL 60563

     PLEASE TAKE NOTICE THAT on Tuesday, February 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Blanche M. Manning in Courtroom 2125 or the courtroom usually occupied by him/her in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present our **Defendants' Motion for an Extension of Time to File a Responsive Pleading,** a copy of which is attached hereto and herewith served upon you.

                                                    Respectfully submitted,

                                                    HINSHAW & CULBERTSON LLP


                                                    By: /s/ Scott M. Gilbert
                                                           Attorney for Defendants

Andrew B. Cripe, Esq.
Scott M. Gilbert, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I filed this Notice of Motion and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above on this 29th day of January, 2008.

/s/ Scott M. Gilbert