IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTIONNETTE ZIETLOW, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6724 |
| | ) | |
| vs. | ) | |
| | ) | Judge Manning |
| MERCHANTS' CREDIT GUIDE CO., | ) | |
| an Illinois corporation, and | ) | Magistrate Judge Denlow |
| DELINQUENCY PREVENTION SERVICES, | ) | |
| INC., an Illinois corporation. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Russell J. Heitz, Esq.
      Heitz & Bromberek
      300 E. 5th Ave., Suite 380
      Naperville, IL 60563

    PLEASE TAKE NOTICE THAT on February 12, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Answer to Complaint and Affirmative Defenses,** a copy of which is herewith served upon you.

                                                  Respectfully submitted,

                                                  HINSHAW & CULBERTSON LLP

                                                  By: /s/ Andrew B. Cripe
                                                        Attorney for Defendants

Andrew B. Cripe, Esq.
Scott M. Gilbert, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
Firm I.D. No. 90384
(312) 704-3000

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I filed this Notice of Filing and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above on this 12th day of February, 2008.

                                                  /s/ Andrew B. Cripe