## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Antionnette Zietlow

                    Plaintiff,

v.                                    Case No.: 1:07–cv–06724
                                    Honorable Blanche M. Manning

Merchant's Credit Guide Co., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable Morton Denlow:Magistrate Judge Status hearing held on 3/25/2008. Defendants' oral motion to file an amended answer and affirmative defenses on or by 4/1/08 is granted. Settlement Conference set for 4/9/2008 at 02:00 PM.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.